IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: ) | Case No.: 19-22676-kl |
| ) | |
| MATTHEW JOSEPH LAUDIG, ) | Chapter: 13 |
| Debtor. ) | |

## MOTION FOR RELIEF FROM STAY AND FOR ABANDONMENT

NOW COMES, Brian Hecimovich, a secured creditor in the above captioned proceeding, and pursuant to 11 U.S.C. § 362 & 554 (b), moves this Court for an order terminating the stay and abandoning real property to enable creditor to exercise his state law rights as to the following real property ("real property"):

> Lots 7, 8 and the East 10.19 feet of Lot 9, Block 9 in the Great Gary Realty Company's First Addition to Gary recorded in Plat Book 11, page 8 in the Office of the County Recorder's Office in Lake County, Indiana

> Commonly known as: 807 E. Ridge Road, Gary, Indiana

Movant further requests that the stay remain terminated in the event the debtor converts to a different chapter under the Bankruptcy Code.

1. Jurisdiction over this matter is vested in this Court by virtue of 28 U.S.C. Section 1334(b) and the general order of reference previously entered in this district.

2. This is a core proceeding under 28 U.S.C. Section 157(b)(2)(G).

3. On March 21, 2019, Creditor, Brian Hecimovich became the assignee to a Lake County Commissioner Owned Tax Sale Certificate for the real property. Debtor, Matthew Laudig is the owner of the real property. A true and accurate copy of the Assignment of Commissioner Owned Tax Sale Certificate dated March 21, 2019, is attached and made a part hereof as Exhibit A.

4. The redemption period expired on July 19, 2019, and the Debtor failed to redeem the real property taxes on or before the expiration date.

5. Creditor Brian Hecimovich complied with the Indiana statutory requirements relative to tax sale purchases and he is entitled to a deed for the real property.

6. Creditor Brian Hecimovich has a claim against the real property in an amount in excess of $6,000.00, plus additional interest, attorney fees, and costs.

7. Secured Creditor would like to exercise his state law rights with respect to the real property, including his right to a deed for the real property.

8. There is no equity in the real property for unsecured creditors and that said collateral is of no, or inconsequential, value to the estate and should be abandoned from the estate.

WHEREFORE, for the reasons stated herein, Brian Hecimovich respectfully requests that this Court terminate the stay and abandon the following real property:

> Lots 7, 8 and the East 10.19 feet of Lot 9, Block 9 in the Great Gary Realty Company's First Addition to Gary recorded in Plat Book 11, page 8 in the Office of the County Recorder's Office in Lake County, Indiana
>
> Commonly known as: 807 E. Ridge Road, Gary, Indiana

to permit secured creditor to exercise his state law remedies, and for all relief proper in the premises.

DAVID M. BLASKOVICH, P.C.

DATED: January 28, 2020          By: /s/ David M. Blaskovich
                                 David M. Blaskovich, 19757-45
                                 2850 45th Street
                                 Highland, IN 46322
                                 (219) 595-0033
                                 Fax: (219) 595-0883
                                 dave@lawdmb.com

| | | |
|---|---|---|
| **Certificate Value** $2,376.90 | **TAX SALE CERTIFICATE** Subject to 10% or 15% (Minimum Bid) $2,376.90 Subject to 10% Per Annum (Surplus) $223.10 Cause Number 45C01-1808-TS-002 | 110 **Transaction ID** 451810819 |

## ASSIGNMENT OF COMMISSIONER OWNED TAX SALE CERTIFICATE

For $2600 Received, Certificate Transaction ID 451810819 is hereby assigned and transferred to Brian Hecimovich 2, whose mailing address is 9423 Roosevelt St Crown Point, IN 46307.

Brian Hecimovich 2

9423 Roosevelt St

Crown Point, IN 46307

Assignment Date 3/21/2019

the following described piece or parcel of land in Lake County, Indiana, to wit:
  Property Number: 45-08-27-202-003.000-004
Brief Legal Description: Great Gary Realty Co's 1st Sub. BL.9 lots 7,8 & E.10.19ft of lot 9

Street Address: 807 E RIDGE RD

LAKE COUNTY BOARD OF COMMISSIONERS

_____
Michael C. Repay, Commissioner of Lake County, Indiana

_____
Jerry Tippy, Commissioner of Lake County, Indiana

_____
Kyle Allen, Commissioner of Lake County, Indiana

Personally appeared before the undersigned, County Auditor, this 21 day of March, 2019, the above named Michael C. Repay, Jerry Tippy, and Kyle Allen acknowledged the foregoing assignment to be their act and deed. The purchaser, above named, having paid the said Commissioners said purchase money (he or she being the highest bidder for cash), will be entitled to a deed for the tract of land so purchased as above described at the expiration of the redemption period ( Friday, July 19, 2019 ) and after said purchaser complies with the statutory requirements of IC 6-1.1-24-6.1 et seq., of the same shall not have been previously redeemed.

IN WITNESS WHEREOF, I have hereunto set my hand and seal as Auditor aforesaid at Crown Point, Indiana this 3/21/19.

_____
John Petalas, Auditor of Lake County, Indiana

# TAX SALE CERTIFICATE

110

**Transaction ID**

451810819

**Certificate Value**
$2,376.90

Subject to 10% or 15% (Minimum Bid) $2,376.90
Subject to 10% Per Annum (Surplus)   $223.10
Cause Number 45C01-1808-TS-002

STATE OF INDIANA, LAKE COUNTY

I, John Petalas, County Auditor in and for the County aforesaid, do hereby certify that at public sale held by Peggy Katona, the County Treasurer of the aforesaid County, which commenced on 9/7/2018 at 5:00pm and continued until all parcels were offered for sale, that the Treasurer did on 9/11/2018 on the auction site, www.sri-onlineauctions.com, legal notices as prescribed in IC 6-1.1-24-2, and, having been given, sold to

LAKE COUNTY COMMISSIONERS
2293 NORTH MAIN STREET
CROWN POINT, INDIANA 46307

the following described piece or parcel of land in Lake County, Indiana, to wit:

Property Number: 45-08-27-202-003.000-004
Brief Legal Description: Great Gary Realty Co's 1st Sub. BL.9 lots 7,8 & E.10.19ft of lot 9

Street Address: 807 E RIDGE RD

the said sum paid being equal to or greater than the amount of the judgment issued by Lake County Court on 8/29/2018 said judgment based on taxes, penalty, interest and costs due on the Real Estate above described for the year 2016 Payable 2017, and prior years, to which is added the tax of 2017 Payable 2018, said land being assessed and duly entered for the taxation in the name of

Matthew Laudig

Po Box 142

Schneider, IN 46376

The purchaser, above named, having paid the Treasury of Lake County said purchase money (he or she being the highest bidder for cash), will be entitled to a deed for the tract of land so purchased as above described at the expiration of the redemption period Wednesday, January 9, 2019 and after said purchaser complies with the statutory requirements of IC 6-1.1-25-4 et seq., if the same shall not have been previously redeemed.

IN WITNESS WHEREOF, I have hereunto set my hand and seal as Auditor aforesaid at Crown Point, Indiana this 9/11/2018.

John Petalas, Auditor of Lake County, Indiana

STATE OF INDIANA, LAKE COUNTY

I, Peggy Katona, Treasurer of Lake County, do hereby guarantee that the taxes and special assessments on the Real Estate named in the above certificate are delinquent, and that the same were yet due and unpaid at the time of the sale thereof, mentioned in said certificate, and said Real Estate being eligible for sale under IC 6-1.1-24.

Peggy Katona, Treasurer of Lake County, Indiana

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2020, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

**Paul R. Chael**
aimee@pchael13.com

**Nancy J. Gargula**
USTPRegion10.SO.ECF@usdoj.gov

**Ricardo B Casas**
ricardoRBC@aol.com

I further certify that on January 28, 2020, a copy of the foregoing Motion was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

**Matthew Joseph Laudig**
8374 Aster Drive
Apt. 3B
Merrillville, IN 46410

By:/s/ David M. Blaskovich