IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 19-22676-kl |
| | ) | |
| MATTHEW JOSEPH LAUDER, | ) | Chapter: 13 |
| Debtor. | ) | |

**ORDER FOR RELIEF FROM STAY
AND FOR ABANDONMENT**

Brian Hecimovich, by counsel, having filed his Motion for Relief from Stay and for Abandonment on the following described real property:

Lots 7, 8 and the East 10.19 feet of Lot 9, Block 9 in the Great Gary Realty Company's First Addition to Gary recorded in Plat Book 11, page 8 in the Office of the County Recorder's Office in Lake County, Indiana

Commonly known as: 807 E. Ridge Road, Gary, Indiana

and notice of said motion having been provided by parties in interest, and no objection having been filed with this Court, it is

ORDERED that Brian Hecimovich is granted relief from the automatic stay as to:

Lots 7, 8 and the East 10.19 feet of Lot 9, Block 9 in the Great Gary Realty Company's First Addition to Gary recorded in Plat Book 11, page 8 in the Office of the County Recorder's Office in Lake County, Indiana

Commonly known as: 807 E. Ridge Road, Gary, Indiana

IT IS FURTHER ORDERED that the above-described real property is hereby abandoned as it is of inconsequential value to the estate.

SO ORDERED THIS _____ day of _____, 2020.

_____
JUDGE, UNITED STATES BANKRUPTCY COURT

Distribution List:
**David M. Blaskovich, P.C.**
2850 45th Street
Highland, IN  46322

**Matthew Joseph Laudig**
8374 Aster Drive
Apt. 3B
Merrillville, IN 46410

**Ricardo B. Casas**
6949 Kennedy Avenue, Suite B
Hammond, IN 46323

**Paul R. Chael**
401 West 84th Drive Suite C
Merrillville, IN 46410

**Nancy J. Gargula**
One Michiana Square Building
Suite 555
100 East Wayne Street
South Bend, IN 46601-2349