IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 19-22676-kl |
| | ) | |
| MATTHEW JOSEPH LAUDIG, | ) | Chapter: 13 |
| Debtor. | ) | |

## STATEMENT IN SUPPORT OF MOTION FOR STAY RELIEF

1. Date Petition filed: September 25, 2019.
2. Plan Confirmed?  Yes ____  No  X  .
3. If yes, Date Plan Confirmed: NA.
4. Type of Collateral: A. Residential Real Estate:  X  ; B. Nonresidential Real Estate: _;
    C. Motor Vehicle: Year _____, Model _____; D. Other (specify).
5. Principal balance, accrued interest, and late charges presently due: $5,065.53.
6. Advances made for insurance and/or taxes: Insurance $____; Taxes $_____.
7. Postpetition Payments to Movant are made: A. By Trustee _; B. By Debtor(s)____.
8. Total Postpetition Default to Movant only:$___; A. No. of Months in default _; B. Monthly Plan Payment to Movant only: $ 0 . Date last postpetition payment received by Movant:  NONE , 20___. Last postpetition payment applied by Movant to payment due for  NONE , 20___.
9. Estimated present value of Collateral: $ 5,000.00 ; Source or Basis for Value: Debtor's plan and speculation .
10. Stay Relief is being requested pursuant to: A. ____ §362(d)(1); B. X  §362(d)(2).
11. Has Debtor provided proof of insurance as to Collateral? Yes ____ No X .

Dated: January 28, 2020        David M. Blaskovich
                               Attorney for Movant

### CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

**Paul R. Chael**
aimee@pchael13.com

**Ricardo B Casas**
ricardoRBC@aol.com

**Nancy J. Gargula**
USTPRegion10.SO.ECF@usdoj.gov

  I further certify that on January 28, 2020, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

**Matthew Joseph Laudig**
8374 Aster Drive
Apt. 3B
Merrillville, IN 46410

                        By:/s/ David M. Blaskovich