# TAX SALE CERTIFICATE

110

**Certificate Value**
$2,376.90

Subject to 10% or 15% (Minimum Bid) $2,376.90
Subject to 10% Per Annum (Surplus)   $223.10
Cause Number 45C01-1808-TS-002

**Transaction ID**

451810819

STATE OF INDIANA, LAKE COUNTY

I, John Petalas, County Auditor in and for the County aforesaid, do hereby certify that at public sale held by Peggy Katona, the County Treasurer of the aforesaid County, which commenced on 9/7/2018 at 5:00pm and continued until all parcels were offered for sale, that the Treasurer did on 9/11/2018 on the auction site, www.sri-onlineauctions.com, legal notices as prescribed in IC 6-1.1-24-2, and, having been given, sold to

LAKE COUNTY COMMISSIONERS
2293 NORTH MAIN STREET
CROWN POINT, INDIANA 46307

the following described piece or parcel of land in Lake County, Indiana, to wit:

Property Number: 45-08-27-202-003.000-004
Brief Legal Description: Great Gary Realty Co's 1st Sub. BL.9 lots 7,8 & E.10.19ft of lot 9

Street Address: 807 E RIDGE RD

the said sum paid being equal to or greater than the amount of the judgment issued by Lake County Court on 8/29/2018 said judgment based on taxes, penalty, interest and costs due on the Real Estate above described for the year 2016 Payable 2017, and prior years, to which is added the tax of 2017 Payable 2018, said land being assessed and duly entered for the taxation in the name of

Matthew Laudig

Po Box 142

Schneider, IN 46376

The purchaser, above named, having paid the Treasury of Lake County said purchase money (he or she being the highest bidder for cash), will be entitled to a deed for the tract of land so purchased as above described at the expiration of the redemption period Wednesday, January 9, 2019 and after said purchaser complies with the statutory requirements of IC 6-1.1-25-4 et seq., if the same shall not have been previously redeemed.

IN WITNESS WHEREOF, I have hereunto set my hand and seal as Auditor aforesaid at Crown Point, Indiana this 9/11/2018.

John Petalas, Auditor of Lake County, Indiana

STATE OF INDIANA, LAKE COUNTY

I, Peggy Katona, Treasurer of Lake County, do hereby guarantee that the taxes and special assessments on the Real Estate named in the above certificate are delinquent, and that the same were yet due and unpaid at the time of the sale thereof, mentioned in said certificate, and said Real Estate being eligible for sale under IC 6-1.1-24.

Peggy Katona, Treasurer of Lake County, Indiana



| Certificate Value | TAX SALE CERTIFICATE | Transaction ID [110] |
|---|---|---|
| $2,376.90 | Subject to 10% or 15% (Minimum Bid) $2,376.90 | 451810819 |
| | Subject to 10% Per Annum (Surplus) $223.10 | |
| | Cause Number 45C01-1808-TS-002 | |

## ASSIGNMENT OF COMMISSIONER OWNED TAX SALE CERTIFICATE

For $2600 Received, Certificate Transaction ID 451810819 is hereby assigned and transferred to Brian Hecimovich 2, whose mailing address is 9423 Roosevelt St Crown Point, IN 46307.

Brian Hecimovich 2

9423 Roosevelt St

Crown Point, IN 46307

Assignment Date 3/21/2019

the following described piece or parcel of land in Lake County, Indiana, to wit:
Property Number: 45-08-27-202-003.000-004
Brief Legal Description: Great Gary Realty Co's 1st Sub. BL.9 lots 7,8 & E.10.19ft of lot 9

Street Address: 807 E RIDGE RD

LAKE COUNTY BOARD OF COMMISSIONERS

_____
Michael C. Repay, Commissioner of Lake County, Indiana

_____
Jerry Tippy, Commissioner of Lake County, Indiana

_____
Kyle Allen, Commissioner of Lake County, Indiana

Personally appeared before the undersigned, County Auditor, this 21 day of March, 2019, the above named Michael C. Repay, Jerry Tippy, and Kyle Allen acknowledged the foregoing assignment to be their act and deed. The purchaser, above named, having paid the said Commissioners said purchase money (he or she being the highest bidder for cash), will be entitled to a deed for the tract of land so purchased as above described at the expiration of the redemption period ( Friday, July 19, 2019 ) and after said purchaser complies with the statutory requirements of IC 6-1.1-24-6.1 et seq., of the same shall not have been previously redeemed.

IN WITNESS WHEREOF, I have hereunto set my hand and seal as Auditor aforesaid at Crown Point, Indiana this 3/21/19.

_____
John Petalas, Auditor of Lake County, Indiana