**45C01-1908-TP-000530**

Lake Circuit Court

Filed: 8/20/2019 4:03 PM
Clerk
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE COUNTY CIRCUIT COURT |
| | ) SS | |
| COUNTY OF LAKE | ) | SITTING AT CROWN POINT, INDIANA |

IN RE:

THE MATTER OF PETITION     ) KEY NO:        45-08-27-202-003.000-004
FOR TAX DEED TO             ) CAUSE NO.:    45C01-1908-TP-000530
BRIAN HECIMOVICH         )

BRIAN HECIMOVICH
Petitioner

vs.

MATTHEW LAUDIG, , and any and all unknown parties who claim or may claim to have an interest in the property

## VERIFIED PETITION FOR ORDER DIRECTING THE AUDITOR OF LAKE COUNTY, INDIANA TO ISSUE TAX DEED

Comes now the Petitioner, BRIAN HECIMOVICH, and respectfully asks this Court to enter an Order directing the Auditor of Lake County, Indiana, to issue a tax deed, and in support thereof alleges that:

1. Pursuant to the provisions of Indiana Code 6-1.1-24 et seq., the Treasurer and Auditor of Lake County, Indiana did make a joint application for judgment and order of sale, in this court, under cause, requesting that judgment be entered against certain specific tracts of real property, for the amount of taxes, special assessments, penalties and costs due severally on them, and that the court ordered the sale of the tracts and real property as the law directs.

2. This court did enter its judgment and Order of Sale.

3. The following described parcel of real property was sold at a tax sale by the Lake County Commissioners of Lake County, Indiana on March 21, 2019 to Petitioner, BRIAN HECIMOVICH:

   **GREAT GARY REALTY CO'S 1ST SUB. BL.9 LOTS 7, 8 & E. 10.19 FT OF LOT 9**

   **Tax Key No.: 45-08-27-202-003.000-004**

   **Commonly known as: 807 E. RIDGE ROAD, GARY, Indiana 46409**

4. The time of redemption has expired.

5. The aforementioned parcel of real property has not been redeemed from the sale.

6.  The notices required by law have been given to each party with substantial interest in the subject property (as attached).

7.  Petitioner has complied with all the provisions of law and is entitled to a tax deed to the aforementioned property.

WHEREFORE, the Petitioner, BRIAN HECIMOVICH, respectfully prays the Court for an Order directing the Auditor of Lake County, Indiana (on the production of the certificate of purchase and a certified copy of the order) to issue a tax deed to the Petitioner for the above specified described property; and that the Petitioner be granted all other relief just and proper in the premises.

I AFFIRM UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE TO THE BEST OF MY KNOWLEDGE.

Respectfully Submitted

BRIAN HECIMOVICH, Petitioner, by Robert F. Tweedle

The undersigned hereby certifies that a copy of the foregoing Verified Petition has been served with the attached Notice of Filing Petition for Tax Deed upon the person(s) or entity indicated on said Notice(s) via certified U.S. Mail, postage prepaid, return receipt requested.

Robert F. Tweedle

Robert F. Tweedle, #20411-45
Law Offices of Robert F. Tweedle
2850 – 45th Street
Highland, IN 46322
(219) 924-0770 (Phone)
(219) 924-0772 (Fax)
rtweedle@tweedlelaw.com