45C01-1908-TP-000530                    Filed in Open Court
                                        August 21, 2019
                                        LAKE CIRCUIT COURT
                                        CV

STATE OF INDIANA    )              IN THE LAKE COUNTY CIRCUIT COURT
                    ) SS
COUNTY OF LAKE      )              SITTING AT CROWN POINT, INDIANA

IN RE:
THE MATTER OF PETITION    ) KEY NO:      45-08-27-202-003.000-004
FOR TAX DEED TO           ) CAUSE NO.:   45C01-1908-TP-000530
BRIAN HECIMOVICH          )

BRIAN HECIMOVICH
Petitioner
vs.
MATTHEW LAUDIG, , and any and all unknown parties who claim or may claim to have an interest in the property

## ORDER SETTING HEARING

This case is before the Court on a VERIFIED PETITION FOR ORDER DIRECTING THE AUDITOR OF LAKE COUNTY, INDIANA TO ISSUE TAX DEED. The Court now sets this matter for hearing on September 26, 2019 at 9:30 A.M.

SO ORDERED THIS __21st__ DAY OF __August__, 2019

_____
MAGISTRATE, LAKE COUNTY CIRCUIT COURT
CROWN POINT, INDIANA