# Property Record Card

**Parcel Number:** 45-08-27-202-003.000-004
**Local Parcel Number:** 001-25-42-0353-0008
**Tax ID:**
**Routing Number:** 243-353 29
**Property Class:** 510 / 1 Family Dwell - Platted Lot
**Year:** 2019

**Owner:** Laudig, Matthew
PO Box 142
Schneider, IN 46376

**Location:** 807 E RIDGE RD — 510, 1 Family Dwell - Platted Lot
**Neighborhood:** 2561

**Legal:** Great Gary Realty Co's 1st Sub. BL.9 lots 7,8 & E 10.15ft of lot 9

### Transfer of Ownership

| Date | Owner | Doc ID | Code | Book/Page | Adj Sale Price | V/I |
|---|---|---|---|---|---|---|
| 12/18/2013 | Laudig, Matthew | 17034 | QC | / | $0 | |
| 09/19/2008 | Karagias, Andrew & C | | WD | / | $0 | |
| 01/01/1900 | MITROVICH, ZAKARI | | WD | / | $0 | |

### Valuation Records (Work In Progress - Values are not certified values and are subject to change)

| Assessment Year | 2019 | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|---|
| Reason For Change | WIP | AA | AA | AA | AA | F113 |
| As Of Date | 05/08/2018 | 05/24/2019 | 05/05/2018 | 05/27/2017 | 06/24/2016 | 03/01/2015 |
| Valuation Method | Indiana Cost Mod | Indiana Cost Mod | Indiana Cost Mod | Indiana Cost Mod | Indiana Cost Mod | Indiana Cost Mod |
| Equalization Factor | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Notice Required | | ☑ | ☐ | ☑ | ☑ | ☑ |
| **Land** | | | | | | |
| Land Res (1) | $6,800 | $6,800 | $6,800 | $6,800 | $6,800 | $7,200 |
| Land Res (2) | $6,800 | $6,800 | $6,800 | $6,800 | $6,800 | $7,200 |
| Land Non Res (2) | $0 | $0 | $0 | $0 | $0 | $0 |
| Land Non Res (3) | $0 | $0 | $0 | $0 | $0 | $0 |
| **Improvement** | $59,600 | $59,600 | $59,600 | $60,800 | $63,700 | $34,800 |
| Imp Res (1) | $59,600 | $59,600 | $59,600 | $60,200 | $63,000 | $34,400 |
| Imp Non Res (2) | $0 | $0 | $0 | $0 | $0 | $0 |
| Imp Non Res (3) | $0 | $0 | $0 | $600 | $700 | $400 |
| **Total** | $66,400 | $66,400 | $66,400 | $67,600 | $70,500 | $42,000 |
| Total Res (1) | $66,400 | $66,400 | $66,400 | $67,000 | $69,800 | $41,600 |
| Total Non Res (2) | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Non Res (3) | $0 | $0 | $0 | $600 | $700 | $400 |

### Land Data (Standard Depth: Res 132', CI 132' Base Lot: Res 0' X 0', CI 0' X 0')

| Land Type | Pricing Method | Soil ID | Act Front. | Size | Factor | Rate | Adj. Rate | Ext. Value | Infl. % | Res Elig % | Market Factor | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F | F | | 60 | 60x125 | 0.98 | $123 | $121 | $7,260 | 0% | 100% | 0.9300 | $6,750 |

### Land Computations

| | |
|---|---|
| Calculated Acreage | 0.17 |
| Actual Frontage | 60 |
| Developer Discount | ☐ |
| Parcel Acreage | 0.17 |
| 81 Legal Drain NV | 0.00 |
| 82 Public Roads NV | 0.00 |
| 83 UT Towers NV | 0.00 |
| 9 Homesite | 0.00 |
| 91/92 Acres | 0.00 |
| Total Acres Farmland | 0.17 |
| Farmland Value | $0 |
| Measured Acreage | 0.00 |
| Avg Farmland Value/Acre | 0.0 |
| Value of Farmland | $0 |
| Classified Total | $0 |
| Farm / Classified Value | $0 |
| Homesite(s) Value | $0 |
| 91/92 Value | $0 |
| Supp. Page Land Value | |
| CAP 1 Value | $6,800 |
| CAP 2 Value | $0 |
| CAP 3 Value | $0 |
| **Total Value** | **$6,800** |

### General / Location Information

- **County:** Lake
- **Township:** CALUMET TOWNSHIP
- **District:** 004 (Local 004) Gary Corp - Calumet Twp - Gary Sc
- **School Corp:** 4690 GARY COMMUNITY
- **Neighborhood:** 2561-004 / Neighborhood- 2561
- **Section/Plat:**
- **Location Address (1):** 807 E RIDGE RD, GARY, IN 46409
- **Zoning:**
- **Subdivision:**
- **Lot:**
- **Market Model:** 2561-004 - Residential

### Characteristics

- **Topography:** High
- **Flood Hazard:** ☐
- **Public Utilities:** All
- **ERA:** ☐
- **Streets or Roads:** Paved, Sidewalk
- **TIF:** ☐
- **Neighborhood Life Cycle Stage:** Other

Printed Wednesday, March 4, 2020
Review Group 2018
Data Source N/A
Collector 12/09/2002   CLT 124
Appraiser 02/05/2008   1NEXUS

Page 1/2

45-08-27-202-003.000-004    Laudig, Matthew    807 E RIDGE RD    510, 1 Family Dwell - Platted Lot    Neighborhood- 2561    2/2

### General Information

| | |
|---|---|
| Occupancy | Single-Family |
| Description | Single-Family R 01 |
| Story Height | 1 |
| Style | 108 - Bungalow |
| Finished Area | 1169 sqft |
| Make | |

### Plumbing

| | # | TF |
|---|---|---|
| Full Bath | 1 | 3 |
| Half Bath | 0 | 0 |
| Kitchen Sinks | 1 | 1 |
| Water Heaters | 1 | 1 |
| Add Fixtures | 0 | 0 |
| Total | 3 | 5 |

### Floor Finish
- [ ] Earth
- [ ] Tile
- [ ] Slab
- [ ] Carpet
- [x] Sub & Joint
- [x] Unfinished
- [x] Wood
- [ ] Other
- [ ] Parquet

### Accommodations

| | |
|---|---|
| Bedrooms | 2 |
| Living Rooms | 0 |
| Dining Rooms | 0 |
| Family Rooms | 0 |
| Total Rooms | 6 |

### Wall Finish
- [x] Plaster/Drywall
- [x] Unfinished
- [ ] Paneling
- [ ] Other
- [ ] Fiberboard

### Heat Type
Central Warm Air

### Roofing
- [ ] Built-Up
- [ ] Metal
- [x] Asphalt
- [ ] Slate
- [ ] Tile
- [ ] Wood Shingle
- [ ] Other

### Exterior Features

| Description | Area | Value |
|---|---|---|
| Porch, Open Frame | 60 | $3,100 |



### Cost Ladder

| Floor Constr | Base | Finish | Value |
|---|---|---|---|
| 1 | 1119 | 1119 | $87,500 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 1/4 | | | |
| 1/2 | | | |
| 3/4 | | | |
| Attic | | | |
| Bsmt | 1119 | 50 | $32,000 |
| Crawl | | | |
| Slab | | | |

Total Base  $119,500
1 Row Type Adj. x 1.00  $119,500

| Adjustments | | |
|---|---|---|
| Unfin Int (-) | | $0 |
| Ex Liv Units (+) | | $0 |
| Rec Room (+) | | $0 |
| Loft (+) | | $0 |
| Fireplace (+) | MS:1 MO:1 | $4,300 |
| No Heating (-) | | $0 |
| A/C (+) | 1:1119 | $2,900 |
| No Elec (-) | | $0 |
| Plumbing (+/-) | 5 – 5 = 0 x $0 | $0 |
| Spec Plumb (+) | | $0 |
| Elevator (+) | | $0 |

Sub-Total, One Unit  $126,700
Sub-Total, 1 Units

Exterior Features (+)  $3,100
Garages (+) 0 sqft  $0
Sub-Total, 1 Units  $129,800
Quality and Design Factor (Grade)  0.95
 $129,800
Location Multiplier  1.04
Replacement Cost  $128,242

### Specialty Plumbing

| Description | Count | Value |
|---|---|---|

### Summary of Improvements

| Description | Res Eligibl | Story Height | Construction | Grade | Year Built | Eff Year | Eff Co Age nd | Size | LCM | Base Rate | Adj Rate | RCN | Norm Dep | Remain. Value | Abn Obs | PC | Nbhd | Mrkt | Improv Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1: Single-Family R 01 | 100% | 1 | Brick | C-1 | 1928 | 1928 | 91 F | 2,238 sqft | 1.04 | | | $128,242 | 50% | $64,120 | 0% | 100% | 1.000 | 0.9300 | $59,600 |

Total all pages  $59,600     Total this page  $59,600