UNITED STATES BANKRUPTCY COURT  PH-23
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT HAMMOND

IN RE:  )
MATTHEW LAUDIG  )
)  BANKRUPTCY NO. 19-22676
)
Debtor  )

## ORDER

This Chapter 13 case having come before the Court on Motion for Stay Relief and Abandon and Objection to Confirmation filed by Hecimovich on January 28, 2020, and a decision having been reached by Memorandum Opinion and Order dated September 23, 2020 without a hearing. It is therefore

**ORDERED, ADJUDGED, AND DECREED**, that the Motion for Stay Relief and Abandonment by Brian Hecimovich, should be and is hereby **SUSTAINED**. The §362 automatic stay as to the Debtor's real estate is hereby terminated pursuant to §362(d)(1) for cause, and the Real Estate is hereby abandoned from the Debtor's estate pursuant to §554(b). And it is furhter,

**ORDERED, ADJUDGED, AND DECREED**, that the Objection to Confirmation by Brian Hecimovich, should be and is hereby sustained, and the Debtor shall file an Amended Plan within 28 days of the entry of this Order that is consistent with this Order.

APPROVED AS TO FORM

Date of Issuance: 9/23/20

JUDGE, U.S. BANKRUPTCY COURT

CHRISTOPHER M. DeTORO, CLERK
CLERK OF BANKRUPTCY COURT

[Seal of the U.S. Bankruptcy Court]

By: _____
Deputy Clerk

Rev. 11/05/02