# Notice Recipients

District/Off: 0755−2         User: admin                 Date Created: 9/23/2020
Case: 19−22676−kl           Form ID: pdf004             Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Matthew Joseph Laudig      8374 Aster Drive       Apt. 3B       Merrillville, IN 46410
cr          Brian Hecimovich           9423 Roosevelt Street  Crown Point, IN 46307

TOTAL: 2