IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MATTHEW LAUDIG | ) | CASE NO.: 19-22676 |
| Debtor. | ) | Chapter 13 |

### NOTICE OF 7TH CIRCUIT ORDER DISMISSING APPEAL

Creditor Brian Hecimovich, by counsel, files the order and decision of the Seventh Circuit, dismissing the appeal, filed by Debtor.

On June 23, 2021 (Docket Entry 154), this Court entered order: " Debtor is granted 14 days, after 7th Circuit Court of Appeals issues its order, to file proceedings consistent therewith."

        Brian Hecimovich,
        Secured Creditor

        By: /s:/ Kenneth A. Manning
          Kenneth A. Manning (9015-45)
          Manning & Mouratides, P.C.
          Attorney for Creditor Brian Hecimovich
          120 West Clark Street
          Crown Point, Indiana 46307
          Phone: (219) 865-8376
          Email: TrusteeManning@gmail.com

### CERTIFICATE OF SERVICE

I, hereby certify that on December 3, 2021 service of a true and complete copy of the above document was served by:

**Electronic mail service pursuant to Court's CM/ECF system:**
United States Trustee – USTPRegion10.SO.ECF@usdoj.gov
Paul Chael, Chapter 13 Trustee – paul@pchael13.com
Matthew Laudig – m7.62x25@gmail.com
**By U.S. Mail First Class Postage Prepaid:**
Matthew Joseph Laudig, 8374 Aster Drive, Apt. 3B, Merrillville, IN 46410

        /s/ Kenneth A. Manning
        Kenneth A. Manning