# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

December 2, 2021

*By the Court:*

|  | MATTHEW J. LAUDIG,<br>Appellant - Plaintiff |
|---|---|
| No. 21-1955 | v. |
|  | BRIAN HECIMOVICH,<br>Appellee - Defendant |
| **Originating Case Information:** ||
| District Court No: 2:20-cv-00361-PPS ||
| Northern District of Indiana, Hammond Division ||
| District Judge Philip P. Simon ||

On October 18, 2021, and November 10, 2021, the court ordered the appellant to show cause why this appeal should not be dismissed for lack of prosecution based on the failure to timely file an opening brief. Although the most recent response was due November 24, 2021, the appellant has failed to respond or file the required opening brief.

Accordingly, **IT IS ORDERED** that this appeal is **DISMISSED** for lack of prosecution. See Cir. R. 31(c)(2).